# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

135805 & (52)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 135805
COA: 272070
Wayne CC: 06-000456-02

DAVID RIGGINS,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

d0421